| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>NEWMAN, Jon O | 2. Court or Organization<br><br>U.S.C.A., Second Circuit | 3. Date of Report<br><br>04/12/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>450 Main Street<br>Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Corporator | Hartford Hospital |
| 2. Corporator | Institute of Living |
| 3. Elector | Hartford Atheneum |
| 4. Life Regent | University of Hartford |
| 5. Board Member | American Judicature Society |
| 6. Board Member | Connecticut Appleseed Foundation |
| 7. Chair | ▮▮▮ of the Library of the Supreme Court of Israel, Inc. |
| 8. Board Member | Endowment Foundation of the Jewish Federation of Greater Hartford, Inc. |
| 9. Trustee | ▮▮▮▮▮▮▮ Trust |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

RECEIVED 2007 APR 19 A 9: 23 FINANCIAL DISCLOSURE OFFICE

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/12/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Waiver of annual dues | Hartford Club | $ 1666.5 |
| 2. | Partial reduction of annual dues | Tumble Brook Country Club | $ 4478.0 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/12/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   BANK ACCOUNTS AND CASH: | | | | | | | | | |
| 2.   Bank of America -- West Htfd. CT., Checking Acct. | A | Interest | L | T | | | | | |
| 3.   Schwab 1, Htfd., Conn., Money Market Acct. | A | Interest | | | Closed | 6/1 | J | | |
| 4.   ▓Smith Barney, New Haven, CT., Money Market Acct. | C | Interest | | | Closed | 9/1 | M | | |
| 5.   Smith Barney, New Haven, CT., Money Market Acct. | D | Interest | N | T | | | | | |
| 6.   BONDS: | | | | | | | | | |
| 7.   U.S. Treasury Bond 11.5 | E | Interest | M | T | | | | | |
| 8.   ▓Conn. Bond '09 5.4 | A | Interest | K | T | Transfer | 3/1 | K | | MSN Trust |
| 9.   Houma La. Transit '11 | C | Interest | L | T | | | | | |
| 10.  Jeff. Par. La. Hosp. '09 | A | Interest | J | T | | | | | |
| 11.  Lafayette La. Transit '11 | B | Interest | K | T | | | | | |
| 12.  W. Monroe La. '10 | B | Interest | K | T | | | | | |
| 13.  W. Monroe La. '11 | A | Interest | J | T | | | | | |
| 14.  Rapides Par. La. '10 | A | Interest | J | T | | | | | |
| 15.  ▓CT G.0. '08 5.12 | D | Interest | M | T | Call | 8/15 | L | | |
| 16.  CT Spl. Assmt. '07 5.1 | B | Interest | K | T | Call | 1/2 | K | | |
| 17.  CT G.0. '10 5.2 | B | Interest | K | T | Call | 11/1 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/12/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▮CT G.0. '10 5.0 | B | Interest | K | T | Transfer | 3/1 | K | | MSN Trust |
| 19. CT Health '12 6.5 | C | Interest | L | T | | | | | |
| 20. ▮CT HFA '06 4.625 | B | Interest | K | T | Matured | 11/15 | K | | |
| 21. ▮Conn. Health 5.25 '07 | B | Interest | K | T | Call | 7/1 | K | | |
| 22. ▮Conn. HFA 4.375 '08 | B | Interest | K | T | Transfer | 3/1 | K | | MSN Trust |
| 23. ▮Conn. G.0. 5.0 '09 | B | Interest | L | T | Transfer | 3/1 | L | | MSN Trust |
| 24. ▮Conn. 5.125 '11 | B | Interest | L | T | Transfer | 3/1 | L | | MSN Trust |
| 25. ▮Conn. G.0 5.0 '11 | A | Interest | K | T | Transfer | 3/1 | K | | MSN Trust |
| 26. ▮Conn. Spl. Tax 5.0 '12 | B | Interest | L | T | Transfer | 3/1 | L | | MSN Trust |
| 27. Conn. Health 4.9 '13 | B | Interest | K | T | | | | | |
| 28. Cheshire 5.0 '10 | B | Interest | L | T | | | | | |
| 29. Conn Refunding '06 5.0 | B | Interest | L | T | Matured | 12/15 | K | | |
| 30. Conn. Housing '07 3.4 | B | Interest | K | T | | | | | |
| 31. Conn. Refunding '09 5.25 | B | Interest | K | T | | | | | |
| 32. Stratford '10 3.0 | A | Interest | K | T | | | | | |
| 33. New Haven '17 6.0 | B | Interest | K | T | | | | | |
| 34. Conn. Refunding '08 5.25 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | I2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/12/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. E. Hampton '07 3.375 | B | Interest | K | T | | | | | |
| 36. CT G.0. '06 0 | | None | K | T | Matured | 6/15 | K | | |
| 37. CT G.0 '08 4.875 | B | Interest | K | T | | | | | |
| 38. Univ. CT. '07 4.25 | B | Interest | K | T | | | | | |
| 39. ● New Haven '07 4.0 | B | Interest | L | T | Transfer | 3/1 | L | | MSN Trust |
| 40. Meriden '11 3.75 | | None | L | T | | | | | |
| 41. UConn '10 5.0 | B | Interest | L | T | | | | | |
| 42. Stamford '10 3.0 | B | Interest | L | T | | | | | |
| 43. CT Rfdg '09 4.5 | B | Interest | L | T | | | | | |
| 44. South Central CT '06 2.0 | A | Interest | L | T | Matured | 8/1 | K | | |
| 45. ● Norwalk '10 4.25 | B | Interest | L | T | Transfer | 3/1 | L | | MSN Trust |
| 46. ● CT Clean Water '06 4.0 | B | Interest | L | T | Matured | 10/1 | K | | |
| 47. ● Canton '07 3.5 | A | Interest | K | T | Transfer | 3/1 | K | | MSN Trust |
| 48. E. Haven CT '08 3.0 | A | Interest | K | T | | | | | |
| 49. CT G.0 '10 4.9 | A | Interest | K | T | | | | | |
| 50. CT Tax '12 4.3 | A | Interest | J | T | | | | | |
| 51. Seymour CT '13 3.5 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/12/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   Milford CT '13 5.4 | A | Interest | K | T | Call | 11/1 | K | | |
| 53.   UConn '14 5.25 | A | Interest | J | T | | | | | |
| 54.   Brookfield CT '11 4.25 | A | Interest | K | T | | | | | |
| 55.   CT Spl. Tax '12 5.5 | A | Interest | K | T | | | | | |
| 56.   New London CT '08 5.0 | A | Interest | K | T | | | | | |
| 57.   Groton '12 4.0 | B | Interest | L | T | Buy | 10/31 | | | |
| 58.   CT '13 4.25 | B ! | Interest | L | T | Buy | 10/31 | | | |
| 59.   Puerto Rico '14 5.25 | C | Interest | L | T | Buy | 10/31 | | | |
| 60.   CT Refunding '11 5.5 | C | Interest | L | T | Buy | 10/17 | | | |
| 61.   Shreveport LA '10 6.750 | B | Interest | K | T | | | | | |
| 62.   S.E. Texas Host. '09 7.5 | B | Interest | K | T | | | | | |
| 63.   STOCKS: | | | | | | | | | |
| 64.   ▆Dupont | C | Dividend | M | T | Transfer | 3/1 | M | | MSN Trust |
| 65.   ▆Exxon Mobil | A | Dividend | M | T | Transfer | 3/1 | M | | MSN Trust |
| 66.   ▆G.E. | B | Dividend | M | T | Transfer | 3/1 | M | | MSN Trust |
| 67.   ▆Norfolk Southern | A | Dividend | J | T | Transfer | 3/1 | J | | MSN Trust |
| 68.   Royal Dutch Petroleum | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/12/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ▮M & T Bank | A | Dividend | L | T | Transfer | 3/1 | L | | MSN Trust |
| 70. ▮Pfizer | A | Dividend | L | T | Transfer | 3/1 | J | | MSN Trust |
| 71. ▮nsteel | | None | J | T | Transfer | 3/1 | J | | MSN Trust |
| 72. Air Products | B | Dividend | M | T | | | | | |
| 73. Johnson Contr. | C | Dividend | N | T | | | | | |
| 74. Merck | D | Dividend | N | T | Sell part | 8/16 | M | F | |
| 75. ▮Alexander and Baldwin | A | Dividend | K | T | Transfer | 3/1 | K | | MSN Trust |
| 76. Royce Trust | B | Dividend | L | T | | | | | |
| 77. ▮Bethlehem Steel | | None | J | T | Sold | 10/23 | J | | |
| 78. ▮Corning | | None | K | T | Transfer | 3/1 | K | | MSN Trust |
| 79. Cummings Engine | A | Dividend | K | T | | | | | |
| 80. Minn. Mining | B | Dividend | L | T | | | | | |
| 81. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 82. Enron | | None | J | T | Sold | 8/25 | J | | |
| 83. Microsoft | C | Dividend | M | T | | | | | |
| 84. Cisco | | None | L | T | | | | | |
| 85. Total Fina | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/12/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. ▉Honeywell | A | Dividend | K | T | Transfer | 3/1 | K | | MSN Trust |
| 87. ▉Lucent | | None | J | T | Transfer | 3/1 | J | | MSN Trust |
| 88. ▉Pitney Bowes | A | Dividend | K | T | Transfer | 3/1 | K | | MSN Trust |
| 89. Devon Energy | A | Dividend | K | T | | | | | |
| 90. FNMA | A | Dividend | K | T | | | | | |
| 91. ▉Philips | A | Dividend | K | T | Transfer | 3/1 | K | | MSN Trust |
| 92. ▉Tyco | A! | Dividend | K | T | Transfer | 3/1 | K | | MSN Trust |
| 93. Nokia | A | Dividend | J | T | | | | | |
| 94. Red Hat | | None | J | T | | | | | |
| 95. Pfizer | B | Dividend | K | T | Sold | 8/16 | K | | |
| 96. Medco | | None | L | T | | | | | |
| 97. Calamos Fund | B | Dividend | L | T | | | | | |
| 98. Legg Mason Fund | A | Dividend | L | T | | | | | |
| 99. Amgen | | None | K | T | Buy | 8/16 | K | | |
| 100. GE | A | Dividend | K | T | Buy | 8/16 | K | | |
| 101. Henderson Fund | A | Dividend | K | T | Buy | 8/16 | K | | |
| 102. Jennison Fund | A | Dividend | K | T | Buy | 8/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/12/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Dreyfus Fund | A | Dividend | K | T | Buy | 2/8 | K | | |
| 104. Mainstay Fund | A | Dividend | K | T | Buy | 8/16 | K | | |
| 105. Arkema | | None | J | T | Spinoff | 5/23 | J | | |
| 106. OTHER: | | | | | | | | | |
| 107. Trust held by Schwab & Co. (Pooled Funds & State Bonds) | D | Dividend | N | T | | | | | |
| 108. ▉Trust held by Schwab & Co. (pooled funds & state bonds) | E | Dividend | N | T | Terminated | 3/1 | N | | |
| 109. ▉/2 Int. W. Htfd., CT., Condo purchased 8/9/88 $115,000 | ! | None | L | R | | | | | |
| 110. Thames & Hudson Royalty Contract | C | Royalty | J | W | | | | | |
| 111. ▉Condo, University Park, FL purchased 4/9/99, $179,000 | C | Rent | M | R | | | | | |
| 112. AIG Annuity (IRA) | B | Interest | K | T | | | | | |
| 113. AIG Annuity (IRA) | A | Interest | J | T | | | | | |
| 114. MSN Family Trust consisting of municipal bonds and stocks: | E | Int./Div. | P1 | T | | | | | |
| 115. - Conn. Bond '09 5.4 | | | | | | | | | |
| 116. - CT G.0. '10 5.0 | | | | | | | | | |
| 117. - Conn. HFA 4.375 '08 | | | | | | | | | |
| 118. - Conn. G.0. 5.0 '09 | | | | | | | | | |
| 119. - Conn. 5.125 '11 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/12/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Conn. G.0 5.0 '11 | | | | | | | | | |
| 121. - Conn. Spl. Tax 5.0 '12 | | | | | | | | | |
| 122. - New Haven '07 4.0 | | | | | | | | | |
| 123. - Norwalk '10 4.25 | | | | | | | | | |
| 124. - Canton '07 3.5 | | | | | | | | | |
| 125. - Dupont | | | | | | | | | |
| 126. - Exxon Mobil | ! | - | | | | | | | |
| 127. - G.E. | | | | | | | | | |
| 128. - Norfolk Southern | | | | | | | | | |
| 129. - M & T Bank | | | | | | | | | |
| 130. - Pfizer | | | | | | | | | |
| 131. - Insteel | | | | | | | | | |
| 132. - Alexander and Baldwin | | | | | | | | | |
| 133. - Corning | | | | | | | | | |
| 134. - Honeywell | | | | | | | | | |
| 135. - Lucent | | | | | | | | | |
| 136. - Pitney Bowes | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/12/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Philips | | | | | | | | | |
| 138. - Tyco | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| NEWMAN, Jon O | 04/12/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII:

Lines 7, 68, 76, 79, 89, 90, and 113: These items were all listed on the 2005 report with the designation ▮ indicating ownership by my ▮ Upon ▮ in 2005, these items all became the property of ▮ and in 2006 were distributed to me by ▮ They are now listed without the designation ▮

Lines 61 and 62: These items were inadvertently omitted from the 2005 report because I thought they had been fully called, but in fact they were only partly called; they were previously owned and are still owned and are therefore again listed (although not as a new purchase).

Line 98: The name of this item, formerly listed as "Smith Barney Capital Fund," has been changed to "Legg Mason Fund."

Lines 8, 18, 22, 23, 24, 25, 26, 39, 45, 47, 64, 65, 66, 67, 69, 70, 71, 75, 78, 86, 87, 88, 91, 92: These items were all previously owned by my ▮ and have now been transferred to the ▮ of which I am trustee; the items are now listed on lines 115-138 as items within the trust, using the short form of listing that I was previously told to use for reporting trust assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date __4/12/07__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544